# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ADRIANE MOORE,** *Plaintiff,* <br><br> v. <br><br> **DASHEVSKY, HORWITZ, KUHN, NOVELLO & SHORR P.C.,** *Defendants*. | **CIVIL ACTION NO.** <br> **2:22-cv-02228-MMB** |

## ORDER RE DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

**AND NOW**, this 7th day of October, 2022 it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 4) is **DENIED** as **MOOT** because Plaintiff filed her Amended Complaint on September 29, 2022.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON**
**United States District Judge**

O:\CIVIL 22\22-2228 Moore v. Dashevsky, Horowitz, Kuh, Novello & Shorr P.C\22cv2228 Order Denying MTD as Moot.docx